LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

LITTLER MENDELSON, P.C.
Roger L. Grandgenett II, Esq. (Bar No. 6323)
Crystal J. Herrera, Esq. (Bar No. 12396)
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone: (702) 862-8800
Fax: (702) 862-8811
Email: rgrandgenett @ littler.com, cherrera @ littler.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD BOSKOVICH, | Case No.:  2:16-cv-02846-RFB-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (ECF No. 9)** |
| ANTHONY & SYLVAN POOLS CORPORATION, an Ohio corporation, | |
| Defendant. | **(First Request)** |

Plaintiff RONALD BOSKOVICH and Defendant ANTHONY & SYLVAN POOLS CORPORATION, an Ohio corporation, by and through their respective counsel of record, hereby stipulate and agree to extend until **March 2, 2017**, the time for Ronald Boskovich to file his points and authorities in opposition to Defendant's Motion to Dismiss (ECF No. 9).  The motion was filed on February 9, 2017;  therefore Mr. Boskovich's opposition currently is due on February 23, 2017.

There is good cause for entering into this stipulation.  Plaintiff's counsel has a significant volume of work at this time, including five complaints that must be drafted, including two with urgent statutes of limitations issues, as well as an opposition brief in another matter.  A major summary judgment deadline also fell during the time period after Defendant's filed their pending motion.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

1    Therefore, a brief one-week extension is requested from the Court.

2

3    DATED:  February 17, 2017.                    DATED:  February 17, 2017.

4    LAW OFFICES OF ROBERT P. SPRETNAK     LITTLER MENDELSON, P.C.

5    By: /s/ Robert P. Spretnak                         By: /s/ Crystal J. Herrera
         Robert P. Spretnak, Esq.                            Roger L. Grandgenett II, Esq.
6                                                                 Crystal J. Herrera, Esq.

7    Attorney for Plaintiffs
                                                           Attorneys for Defendant
8    8275 S. Eastern Avenue, Suite 200
     Las Vegas, Nevada 89123                        3960 Howard Hughes Parkway, Suite 300
                                                           Las Vegas, Nevada 89169
9

10

11                              IT IS SO ORDERED.

12

13                              _____
                                RICHARD F. BOULWARE, II
14                              United States District Judge
                                DATED this 21st day of February, 2017.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE   LAW   OFFICES   OF
ROBERT P. SPRETNAK
A   PROFESSIONAL   CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123