**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RONALD BOSKOVICH,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY & SYLVAN POOLS CORPORATION,<br><br>    Defendant. | 2:16-cv-02846-RFB-CWH<br><br>**MINUTE ORDER** |

  Before the Court is Defendant's Request for Exemption from ENE Attendance (ECF No. 12).

  IT IS HEREBY ORDERED that any opposition to Defendant's Request for Exemption from ENE Attendance (ECF No. 12) must be filed on or before March 1, 2017.   No reply necessary.

  DATED this 22nd day of February, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE