# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVANDA

\*\*\*

| | |
|---|---|
| RONALD BOSKOVICH,<br><br>          Plaintiff,<br><br>vs.<br><br>ANTHONY & SYLVAN POOLS CORPORATION,<br><br>          Defendant. | 2:16-cv-02846-RFB-CWH<br><br>**ORDER** |

Before the Court is Defendant's Request for Exemption from ENE Attendance (ECF No. 12). Plaintiff has filed a non-opposition to Defendant's Request for Exemption from ENE Attendance (ECF No. 15).

Accordingly,

IT IS HEREBY ORDERED that Defendant's Request for Exemption from ENE Attendance (ECF No. 12) is GRANTED. The insurance representative must be available telephonically for the entire duration of the ENE.

IT IS SO ORDERED.

DATED this 24th day of February, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE