ROGER L. GRANDGENETT II, ESQ., Bar # 6323
CRYSTAL J. HERRERA, ESQ., Bar # 12396
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: cherrera@littler.com

Attorneys for Defendant,
ANTHONY & SYLVAN POOLS CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD BOSKOVICH,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY & SYLVAN POOLS CORPORATION, an Ohio corporation,<br><br>    Defendant. | Case No. 2:16-cv-02846-RFB-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, RONALD BOSKOVICH and Defendant, ANTHONY & SYLVAN POOLS CORPORATION, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: May 17, 2017

Respectfully submitted,

*/s/ Robert P. Spretnak*
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorney for Plaintiff,
RONALD BOSKOVICH

Dated: May 17, 2017

Respectfully submitted,

*/s/ Crystal J. Herrera*
ROGER L. GRANDGENETT II, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
ANTHONY & SYLVAN POOLS CORPORATION

**ORDER**

**IT IS SO ORDERED.**

Dated: ___May 18,_____, 2017.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.